# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL L. EDWARDS,**

      **Plaintiff,**

   vs.                                          Case No.:  2:14-cv-1055
                                                     JUDGE GEORGE C. SMITH
                                                     Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## <u>ORDER</u>

On June 4, 2015, the United States Magistrate Judge issued a *Report and Recommendation* recommending that decision of the Commissioner of Social Security be **AFFIRMED** and that this action be **DISMISSED**.  (*See Report and Recommendation*, Doc. 19). This matter is now before the Court on Plaintiff Michael Edwards' Objections to the Magistrate Judge's *Report and Recommendation*.  (Doc. 20).  The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1);  Fed. R. Civ. P. 72(b)(3).

Plaintiff raises two specific objections and generally relies on those arguments set forth in his Statement of Specific Errors.  Defendant asserts that Plaintiff has not raised any new issues and therefore rests on its prior brief.  The Court agrees.  Both of Plaintiff's objections were thoroughly considered and overruled in the *Report and Recommendation*.  The Court has therefore carefully considered Plaintiff's two objections, and for the reasons stated in the *Report and Recommendation*, this Court finds that the objections are without merit.

Accordingly, the *Report and Recommendation,* Document 19, is **ADOPTED** and **AFFIRMED.**  Defendant's Objections are hereby **OVERRULED**.  The decision of the Commissioner of Social Security is hereby **AFFIRMED** and this case is hereby **DISMISSED**.

The Clerk shall remove Document 19 from the Court's pending motions list, and enter final judgment in favor of Defendant, the Commissioner of Social Security.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**